UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE EUGENE CROSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA ATTORNEY GENERAL, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-0357 DJC CKD P<br><br><br><u>ORDER</u> |

　　　Plaintiff has filed a motion for default and summary judgment. As judgment was entered against plaintiff in this case over a year ago, the motion (ECF No. 20) is frivolous and is therefore denied. Future frivolous filings will not be addressed.

Dated: December 5, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
cros0357.mdf